**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Harlan Lupe, | No. CV-20-00708-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Healthcare LLC, et al., | |
| Defendants. | |

On December 18, 2021, Plaintiff filed a Second Amended Complaint which names Jane-Francess Ndemanu as a Defendant (Doc. 79).  A summons was issued (Doc. 84).  No affidavit of service has been filed, and the time to serve Defendant Ndemanu has passed. Fed. R. Civ. P. 4(m).

IT IS ORDERED that Plaintiff show cause no later than **August 27, 2021** why Defendant Jane-Francess Ndemanu should not be dismissed without prejudice from the Second Amended Complaint for failure to timely serve pursuant to Fed. R. Civ. P. 4 (m).

Dated this 13th day of August, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge